UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **IBERIA PARISH GOVERNMENT** | **CIVIL ACTION No. 6:14-cv-2250** |
| **VERSUS** | |
| | **JUDGE: Doherty** |
| **MATTHEW J. COMEAUX** and **MAIN STREET INTERNET SERVICE, L.L.C.** | **MAGISTRATE JUDGE: Hanna** |

_____

## JOINT MOTION FOR PERMANENT INJUNCTION

**Now into Court**, through undersigned counsel, come Plaintiff, **Iberia Parish Government**, and Defendants, **Matthew J. Comeaux** and **Main Street Internet Service, L.L.C.**, and respectfully submit:

1.

The Parties having by separate document compromised Plaintiffs' claims, each desires that permanent injunction issue in that form attached hereto.

| | |
|---|---|
| */s/ Ryan Goudelocke* | */s/Brad Harrigan (by permission)* |
| Ryan M. Goudelocke | Brad E. Harrigan |
| *Durio, McGoffin, Stagg & Ackermann* | *Lugenbuhl, Wheaton, Peck, Rankin & Hubbard* |
| 220 Heymann Boulevard | 601 Poydras Street, Suite 2775 |
| Lafayette, Louisiana 70503 | New Orleans, Louisiana 70130 |
| *Counsel for Iberia Parish Government* | *Counsel for Defendants* |
| __9/24/2014_____ | ___9/24/2014_____ |
| date | date |