RECEIVED

SEP 2 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IBERIA PARISH GOVERNMENT

VERSUS

MATTHEW J. COMEAUX
and MAIN STREET INTERNET
SERVICE, L.L.C.

CIVIL ACTION No. 6:14-cv-2250

JUDGE: Doherty

MAGISTRATE JUDGE: Hanna

## PERMANENT INJUNCTION

**Considering** the Joint Motion for Permanent Injunction filed by the Parties;

**It is Ordered** that Defendants, **Matthew Comeaux** and **Main Street Internet Service, L.L.C.,** within 15 days of the issuance of this Injunction, initiate the process to transfer control and possession to Plaintiff, **Iberia Parish Government**, of the four Internet domain names "iberiagov.net," "iberiaparishgovernment.com," "iberiagov.com," and "iberiagov.org;" executing whatever documents and undertaking whatever actions are necessary to effect such end, including but not limited to transferring to Plaintiff necessary access codes, usernames, and passwords.

**It is further Ordered** that pending compliance with the above paragraph, Defendants, and their respective officers, agents, employees, servants, attorneys and those acting in concert with them, refrain from unauthorized access, use, control, maintenance, and administration of Applicant's property, the four Internet domain names "iberiagov.net," "iberiaparishgovernment.com," "iberiagov.com," and "iberiagov.org," and Applicant's Web site

or email server pointed to by the Internet domain names "iberiaparishgovernment.com" and

"iberiagov.net," respectively.

**So Ordered** this 26 day of September , 2014 at Lafayette, Louisiana.

Hon. Rebecca Doherty
United States District Judge